

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00417-CR

Geovanni Jesus **ALVAREZ-RODRIGUEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7830
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

Tonya R. Tompson's notification of late reporter's record is herby GRANTED. Time is extended to December 6, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court